DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCUS RIVERA,**
Appellant,

v.

**SHARMANI MARGARET RIVERA,**
Appellee.

No. 4D20-2471

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose A. Izquierdo, Judge; L.T. Case No. FMCE14009208.

Claire Cubbin, Fort Lauderdale, for appellant.

Gustavo E. Frances of The Law Office of Gustavo E. Frances, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***